### No. 11,497

### Orleans

___

## SURETY CREDIT CO., INC., v. FOUCHEAUX ET AL.

___

(January 7, 1929. Opinion and Decree.)

___

Frymire & Ramos and R. R. Hagen, of

New Orleans, attorneys for plaintiff, appellee.

Cyril F. Dumaine, of New Orleans, attorney for defendant, appellant.

WESTERFIELD, J. This is a suit on a promissory note. The defendant pleads payment. He is corroborated, in part, by the admission that the note was marked "paid" by plaintiff and mailed to defendant.

The sending of the "paid note" is explained as a mistake. Several employees of the plaintiff company including the manager and cashier testified to that effect. There is no evidence to the contrary, other than the admission referred to. There is a clear preponderance of evidence in favor of plaintiff, consequently the judgment appealed from must be, as it is hereby affirmed.